UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ZOAAN SHIPP, | No. 2:20-cv-0938-EFB P |
| Plaintiff, | |
| v. | ORDER |
| OGNJEN PETRAS, et al., | |
| Defendants. | |

Zoann Shipp is a state prisoner proceeding without counsel. This action was opened when he filed a motion for an extension of time to file a civil rights complaint. ECF No. 1. But Mr. Shipp has not property commenced a civil action.

A complaint is necessary for the commencement of a civil action. Fed. R. Civ. P. 3. A complaint must contain a short and plain statement of the plaintiff's claim, showing that he is entitled to relief. Fed. R. Civ. P. 8. It must also contain a caption including the names of all defendants. Fed. R. Civ. P. 10(a). Mr. Shipp may draft his claims on the form complaint used by this court.

In addition, a plaintiff must pay the $400 filing fee required by 28 U.S.C. § 1914(a) or request leave to proceed in forma pauperis and submit the affidavit and trust account statement required by 28 U.S.C. § 1915(a). Section 1915(a)(2) requires "a prisoner seeking to bring a civil action without prepayment of fees or security therefor, in addition to filing the affidavit filed

under paragraph (1), shall submit a certified copy of the trust fund account statement (or institutional equivalent) for the prisoner for the 6-month period immediately preceding the filing of the complaint . . . , obtained from the appropriate official of each prison at which the prisoner is or was confined."   To proceed with a civil action, Mr. Shipp must either pay the filing fee or comply with the requirements set forth in the in forma pauperis statute.

Until Mr. Shipp submits a complaint and either pays the filing fee or meets the requirements of 28 U.S.C. § 1915(a), there simply is no case before the court.

Accordingly, it hereby is ORDERED that:

1.  The Clerk of the Court shall send to Mr. Shipp the form complaint and application for leave to proceed in forma pauperis used in this court;

2. Within 30 days from the date of service of the date of this order, Mr. Shipp shall either pay the $400 filing fee or submit a complete application for leave to proceed in forma pauperis; and

3.  Within 30 days from the date of service of the date of this order, Mr. Shipp shall submit a complaint stating the nature of the action and his belief that he is entitled to redress. Failure to comply with this order may result the closure of this matter without further action.

DATED:  May 13, 2020.

_____
EDMUND F. BRENNAN
UNITED STATES MAGISTRATE JUDGE