UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ZOAAN SHIPP,<br><br>　　　　Plaintiff,<br><br>　　v.<br><br>DR. OGNJEN PETRAS, et al.,<br><br>　　　　Defendants. | No. 2:20-cv-0938 JAM JDP (PC)<br><br><br>ORDER |

　　　Plaintiff, a state prisoner proceeding pro se, has filed this civil rights action seeking relief under 42 U.S.C. § 1983. The matter was referred to a United States Magistrate Judge pursuant to 28 U.S.C. § 636(b)(1)(B) and Local Rule 302.

　　　On January 22, 2021, the magistrate judge filed findings and recommendations herein which were served on plaintiff and which contained notice to plaintiff that any objections to the findings and recommendations were to be filed within fourteen days. Plaintiff has not filed objections to the findings and recommendations.

　　　The court has reviewed the file and finds the findings and recommendations to be supported by the record and by the magistrate judge's analysis. Accordingly, IT IS HEREBY ORDERED that:

　　　1. The findings and recommendations filed January 22, 2021, are adopted in full; and

　　　2. This is dismissed without prejudice for failure to prosecute, failure to comply with

court orders, and for failure to state a claim as set forth in the September 29, 2020 order.  See ECF No. 9.

    3. The Clerk of Court be directed to close the case.

DATED:  March 29, 2021        /s/ John A. Mendez
                                  THE HONORABLE JOHN A. MENDEZ
                                  UNITED STATES DISTRICT COURT JUDGE